**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

KATIE ROMANO,

        Plaintiff,

v.                                          Case No.: 6:23-cv-1397-WWB-DCI

JP MORGAN BANK NA and ANDREU,
PALMA, LAVIN, & SOLIS, LLC,

        Defendants.

_____

## ORDER

THIS CAUSE is before the Court on the parties' Joint Stipulation for Dismissal (Doc. 32), filed January 3, 2024. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Clerk is directed to terminate all pending motions and close this case.

**DONE AND ORDERED** at Orlando, Florida on January 9, 2024.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record